# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN FRANCIS, | ) |
| | ) Civil Action No.: 2:22-cv-00132 JMA-LGD |
| Plaintiff, | ) |
| | ) |
| -against- | ) |
| | ) |
| TARGET CORPORATION and | ) |
| TOMCO MECHANICAL CORP., | ) |
| | ) |
| Defendants. | |

## AMENDED SUMMONS IN A CIVIL ACTION

To: TARGET CORPORATION
43 Corporate Drive
Hauppauge, New York 11788

TOMCO MECHANICAL CORP.
125 State Street
Westbury, New York 11590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rosenberg & Gluck, LLP
1176 Portion Road
Holtsville, New York 11742
(631) 451-7900

If you fail to respond, judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: August 8, 2022

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN FRANCIS,

                        Plaintiff,

    -against-

TARGET CORPORATION and
TOMCO MECHANICAL CORP.,

                        Defendants.
-----------------------------------------------------------------X

Civil Action No.: 2:22-cv-00132 JMA-LGD

**SUPPLEMENTAL**
**VERIFIED COMPLAINT**

The Plaintiff, above named, complaining of Defendants by her attorneys, **ROSENBERG & GLUCK, L.L.P.**, upon information and belief, respectfully alleges as follows:

PARTIES

1. On July 31, 2020 and currently, Plaintiff JOHN FRANCIS resides at 3790 Express Drive South, Islandia, New York 11749

2. On July 31, 2020 and currently, Defendant TARGET CORPORATION was incorporated in the State of Minnesota, with corporate offices at 1000 Nicollet Mall Minneapolis, Minnesota 55403.

3. On July 31, 2020 and currently, Defendant TARGET CORPORATION operated a retail "Target" store at located at 255 Pond Path, South Setauket, County of Suffolk, State of New York.

4. On July 31, 2020 and currently, Defendant TOMCO MECHANICAL CORP. is a New York refrigeration and air conditioning company, located at 125 State St, Westbury, NY 11590.

## JURISDICTIONAL ALLEGATIONS

5. At all times mentioned herein, Plaintiff JOHN FRANCIS was and still is a resident of 3790 Express Drive South, Islandia, County of Suffolk, State of New York 11749.

6. This cause of action arises as a result of a slip and fall accident that occurred on July 31, 2020 in the County of Suffolk, State of New York, specifically within retail "Target" store at located at 255 Pond Path, South Setauket, County of Suffolk, State of New York.

7. Plaintiff initially brought a personal injury action against TARGET CORPORATION only in New York State Supreme Court under Suffolk County Index Number 615355/2021.

8. The amount in controversy herein exceeds the sum of $75,000.00, exclusive of costs and interest.

9. Due to complete diversity, Defendant TARGET CORPORATION removed the action to United States District Court for the Eastern District of New York.

10. Based upon initial discovery and upon information and belief, on or about July 31, 2020 Defendant TOMCO MECHANICAL CORP. was working on refrigeration units in the subject "Target" store pursuant to a service agreement with TARGET CORPORATION.

11. Pursuant to Fed. R. Civ. P. 15 and 21, the Plaintiff has sought leave of the United States District Court for the Eastern District of New York to join Defendant TOMCO MECHANICAL CORP. as a defendant to the action.

12. Pursuant to supplemental jurisdiction, the United States District Court for the Eastern District of New York has jurisdiction over this amended action.

13. By reason thereof, the Plaintiff has satisfied all conditions precedent to bringing this lawsuit.

## FACTUAL ALLEGATIONS

14. On or about July 31, 2020, Defendant TARGET CORPORATION was a foreign corporation duly authorized to conduct business in the State of New York.

15. On or about July 31, 2020, Defendant TARGET CORPORATION was an owner of premises located at 255 Pond Path, South Setauket, County of Suffolk, State of New York.

16. On or about July 31, 2020, Defendant TARGET CORPORATION was a lessor of the aforesaid premises.

17. On or about July 31, 2020, Defendant TARGET CORPORATION was a lessee of the aforesaid premises.

18. On or about July 31, 2020, Defendant TARGET CORPORATION was doing business at the aforesaid premises.

19. On or about July 31, 2020, Defendant TARGET CORPORATION was doing business as "Target" at the aforesaid location.

20. On or about July 31, 2020, Defendant TARGET CORPORATION was doing business under the assumed name "Target" at the aforesaid location.

21. On or about July 31, 2020, Defendant TARGET CORPORATION was operating a retail store at the aforesaid premises.

22. At all times mentioned herein, Defendant TARGET CORPORATION was operating a retail store known as "Target" at the aforesaid premises.

23. At all times mentioned herein, Defendant TARGET CORPORATION was an owner of the aforesaid business and parts thereof.

24. At all times mentioned herein, Defendant TARGET CORPORATION opened the aforesaid business and premises to the general public.

25. At all times mentioned herein, Defendant TARGET CORPORATION opened the aforesaid business and premises to the general public for the purpose of shopping.

26. At all times mentioned herein, Defendant, TARGET CORPORATION, its agents, servants and/or employees, maintained the aforesaid premises.

27. At all times mentioned herein, Defendant, TARGET CORPORATION, its agents, servants and/or employees, managed the aforesaid premises.

28. At all times mentioned herein, Defendant, TARGET CORPORATION, its agents, servants and/or employees, controlled the aforesaid premises.

29. At all times mentioned herein, Defendant, TARGET CORPORATION, its agents, servants and/or employees, inspected the aforesaid premises.

30. At all times mentioned herein, Defendant, TARGET CORPORATION, its agents, servants and/or employees, operated the aforesaid premises.

31. At all times mentioned herein, Defendant, TARGET CORPORATION, its agents, servants and/or employees, supervised the aforesaid premises.

32. At all times mentioned herein, Defendant, TARGET CORPORATION, its agents, servants and/or employees, repaired the aforesaid premises.

33. At all times mentioned herein, Defendant, TARGET CORPORATION, its agents, servants and/or employees, maintained the aforesaid business.

34. At all times mentioned herein, Defendant, TARGET CORPORATION, its agents, servants and/or employees, managed the aforesaid business.

35. At all times mentioned herein, Defendant, TARGET CORPORATION, its agents, servants and/or employees, controlled the aforesaid business.

36. At all times mentioned herein, Defendant, TARGET CORPORATION, its agents,

servants and/or employees, operated the aforesaid business.

37. At all times mentioned herein, Defendant, TARGET CORPORATION, its agents, servants and/or employees, supervised the aforesaid business.

38. On or about July 31, 2020, Defendant TOMCO MECHANICAL CORP. was a New York corporation conducting business in the State of New York.

39. On or about July 31, 2020, Defendant TOMCO MECHANICAL CORP. had a refrigeration and air conditioning service agreement with TARGET CORPORATION.

40. On or about July 31, 2020, Defendant TOMCO MECHANICAL CORP. inspected refrigeration units at the "Target" store located at 255 Pond Path, South Setauket, County of Suffolk, State of New York.

41. On or about July 31, 2020, Defendant TOMCO MECHANICAL CORP. maintained refrigeration units at the "Target" store located at 255 Pond Path, South Setauket, County of Suffolk, State of New York.

42. On or about July 31, 2020, Defendant TOMCO MECHANICAL CORP. serviced refrigeration units at the "Target" store located at at 255 Pond Path, South Setauket, County of Suffolk, State of New York.

43. On or about July 31, 2020, Defendant TOMCO MECHANICAL CORP. repaired refrigeration units at the "Target" store located at at 255 Pond Path, South Setauket, County of Suffolk, State of New York.

44. On or about July 31, 2020, Defendant TOMCO MECHANICAL CORP. managed refrigeration units at the "Target" store located at at 255 Pond Path, South Setauket, County of Suffolk, State of New York.

45. On or about July 31, 2020, Defendant TOMCO MECHANICAL CORP. controlled

refrigeration units at the "Target" store located at at 255 Pond Path, South Setauket, County of Suffolk, State of New York.

46. On or about July 31, 2020, Defendant TOMCO MECHANICAL CORP. supervised refrigeration units at the "Target" store located at 255 Pond Path, South Setauket, County of Suffolk, State of New York.

47. On or about July 31, 2020, Defendant TOMCO MECHANICAL CORP. operated refrigeration units at the "Target" store located at at 255 Pond Path, South Setauket, County of Suffolk, State of New York.

48. On or about July 31, 2020, Plaintiff was lawfully at the aforesaid premises.

49. On or about July 31, 2020, Plaintiff was lawfully at the aforesaid premises with the knowledge, permission and consent of the Defendants.

50. On or about July 31, 2020, while Plaintiff was at the aforesaid premises, he was caused to sustain severe and permanent injuries.

51. On or about July 31, 2020, while Plaintiff was at the aforesaid premises, he was caused to sustain severe and permanent injuries by slipping on a liquid on the store floor.

52. The aforesaid occurrence was due to the negligence, carelessness and recklessness of the Defendants, its agents, servants and/or employees, in the ownership, operation, management, maintenance, inspection, control, supervision and/or repair of the aforesaid business and/or premises, and the parts thereof, and through no fault or lack of care on the part of the Plaintiff herein.

53. The aforesaid occurrence was due to the negligence, carelessness and recklessness of the Defendants, its agents, servants and/or employees, in the ownership, operation, management, maintenance, inspection, control, supervision and/or repair of the aforesaid refrigeration units at the aforesaid "Target" store, and the parts thereof, and through no fault or lack of care on the part of the

Plaintiff herein.

**WHEREFORE**, Plaintiff demands judgment against the Defendant in a sum not to exceed the sum of TWO MILLION DOLLARS ($2,000,000.00) together with interest, costs and disbursements to abide the event.

Dated: Holtsville, New York
       August 8, 2022

                                              Yours, etc.

                                              _____
                                              WESLEY C. GLASS 2354
                                              ROSENBERG & GLUCK, L.L.P.
                                              Attorney for the Plaintiff
                                              1176 Portion Road
                                              Holtsville, New York 11742
                                              (631) 451-7900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN FRANCIS,

                        Plaintiff,

      -against-

TARGET CORPORATION and
TOMCO MECHANICAL CORP.,

                        Defendants.

-------------------------------------------------------------------X

**VERIFICATION OF AMENDED COMPLAINT**

Civil Action No.: 2:22-cv-00132 JMA-LGD

State of New York  )
                      ) :
County of Suffolk  )

JOHN FRANCIS, the Complaint named in the foregoing Amended Complaint, being duly sworn and says, I have read the annexed Amended Complaint, and know the contents thereof and the same are true to my knowledge except those matters therein which are stated to be alleged upon information and belief and as to those matters I believe them to be true.

                                                                             _____
                                                                                       John Francis

Sworn to before me this
8th day of August, 2022

_____
Notary Public

## VERIFICATION

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF SUFFOLK    )

KENNETH B. FLEIGER, being duly sworn says: I am the Plaintiff in the action herein, I have read the annexed SUPPLEMENTAL VERIFIED BILL OF PARTICULARS, know the contents thereof and the same are true to my knowledge except those matters therein which are stated to be alleged upon information and belief and as to those matters I believe them to be true.

_____
KENNETH B. FLEIGER

Sworn to before me this
8th day of August, 2022

_____
Notary Public

DONNA M. MCCORMACK
NOTARY PUBLIC STATE OF NEW YORK
NO. 01MC6286963
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES AUGUST 05, 2025